IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS E. DOUGHTY** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-478** |
| | : | |
| **PHELAN, HALLINAN, DIAMOND & JONES LLP, ET AL.** | : | |

# ORDER

This 29th day of March, 2019, upon consideration of Defendants' Motion to Dismiss, ECF No. 7, and Plaintiff's Response, ECF No. 10, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint will be dismissed in its entirety, with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge